# In the United States District Court for the Southern District of Georgia Waycross Division

UNITED STATES OF AMERICA,

v.

JOSHUA KITCHEN,

Defendant.

5:24-cr-07

**ORDER**

On September 19, 2025, Defendant Joshua Andrew Kitchen entered a plea of guilty to all counts of a thirty-two-count indictment, which was then accepted by the Court. Dkt. No. 39 at 1. Counts Ten and Thirteen of the second superseding indictment contain identical language charging Defendant with Receipt of Child Pornography per 18 U.S.C. §§ 2252(a)(2), (b)(1). See Dkt. No. 22 at 11, 14. At the Rule 11 hearing, the Court directed the parties to provide additional briefing on whether the two identical indictment counts can stand as pled. Because neither party has submitted briefing, the Court **ORDERS** the parties to submit briefing on that question on or before November 14, 2025.

**SO ORDERED** this 6th day of November, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA